IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IKON OFFICE SOLUTIONS, INC. | : | |
| | : | Civil Action No. 04-CV-2735 |
| Plaintiff, | : | |
| v. | : | |
| DAVID RUPERT, | : | |
| Defendant/ | : | |
| Counterclaim | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| IKON OFFICE SOLUTIONS, INC., | : | |
| MATTHEW J. ESPE, and | : | |
| BETH SEXTON, | : | |
| | : | |
| Counterclaim | : | |
| Defendants. | : | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**
**PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41**

The parties hereto, being all the parties of record, hereby stipulate to the dismissal with prejudice of the claims and counterclaims asserted in this action, each party to bear its own costs.

BY THE PARTIES:

/s Timothy T. Myers
Timothy T. Myers, Esquire
Elliott Greenleaf & Siedzikowski, P.C.
Union Meeting Corporate Center V
925 Harvest Drive
Blue Bell, PA 19422

Attorneys for Plaintiff and
Counterclaim Defendants

/s Steven E. Bizar
Steven E. Bizar, Esquire
Buchanan Ingersoll PC
1835 Market Street, 14th Floor
Philadelphia, PA  19103

Attorneys for Defendant and
Counterclaim Plaintiff

DATED:  September 15, 2004